# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY JUDGE, | : | Case No. 4:15-CV-00551 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| SHIKELLAMY SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**ORDER**

**May 1, 2017**

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (ECF No. 25) is **GRANTED**; and

2. The Clerk of Court is directed to enter final judgment in favor of Defendant and close the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge